UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NORMAN DORN,

    Plaintiff,

v.                                                      CASE NO.: 8:12-cv-510-T-23TGW

BANK OF AMERICA, N.A.,

    Defendant.
_____/

**ORDER**

    Bank of America foreclosed and re-possessed Norman Dorn's house. Dorn alleges that Bank of America, despite possessing the house, pestered Dorn to pay the house's insurance. Dorn both sues Bank of America for violating several consumer protection laws and demands a jury trial. The mortgage contains a waiver of "any right to trial by jury in any action . . . arising out of or in any way related to this [] note." Arguing that this action "in [some] way relate[s] to" the mortgage, Bank of America moves to strike the jury trial demand.

    Bank of America never establishes how this action "relates to" the mortgage. (In fact, what can "in any way related to" even coherently mean? Bank of America

offers no answer.) Although the authority that Bank of America cites confirms that a contracting party may waive the right to a jury trial, the authority never discusses the issue in dispute, the proper scope of a waiver.

The motion (Doc. 19) is **DENIED**.

ORDERED in Tampa, Florida, on July 23, 2012.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE