UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NORMAN DORN,
       Plaintiff,

v.                                 CASE NO.: 8:12-cv-00510-SDM-TGW

BANK OF AMERICA, N.A., a
national bank, as successor by
merger to BAC HOME
LOANS SERVICING, LP,

       Defendant.

_____/

## STIPULATION FOR FINAL ORDER OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Norman Dorn ("Plaintiff") and Bank of America, N.A., a national bank, as successor by merger to BAC Home Loans Servicing, LP ("Defendant") (collectively with Plaintiff, the "Parties"), by and through the undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A), file this *Stipulation for Final Order of Dismissal with Prejudice*. By submission of this Stipulation for Final Order of Dismissal, the submitting counsel represents that the opposing party consents to its entry. Pursuant to this stipulation, the Parties agree to entry of the Agreed Final Order of Dismissal by which:

1.     An agreement for a stipulated dismissal has been reached between the Parties in the above-styled case.

2.     The claims of Plaintiff are being dismissed with prejudice, as to Defendant Bank of America, N.A., a national bank, as successor by merger to BAC Home Loans Servicing, LP.

3.    Each Party each shall bear its own attorneys' fees and costs, except to the extent that Plaintiff's fees and costs are paid from the settlement proceeds.

Dated: This 23ʳᵈ day of May, 2013

Respectfully Submitted,

LASH & WILCOX PL
4401 W. Kennedy Blvd., Suite 210
Tampa, Florida 33609
Phone: (813) 289-3200
Facsimile: (813) 289-3250
Counsel for Plaintiff

/s/ Thomas A. Lash
THOMAS A. LASH, ESQ.
Florida Bar No. 849944
e-mail: tlash@lashandwilcox.com

LIEBLER, GONZALEZ & PORTUONDO, P.A.
Courthouse Tower - 25th Floor
44 West Flagler Street, Miami, FL 33130
Phone: (305) 379-0400
Facsimile: (305) 379-9626
Counsel for Defendant

J. RANDOLPH LIEBLER, ESQ.
Florida Bar No. 507954
e-mail: JRL@lgplaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 23rd, 2013, I presented this Stipulation for Final Order of Dismissal with Prejudice to the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, for filing and uploading to the CM/ECF system. I further certify that a true and correct copy of this Stipulation for Final Order of Dismissal with Prejudice has been served on this 23rd day of May, 2013, to: Bank of America, N.A., a national bank, as successor by merger to BAC Home Loans Servicing, LP, c/o Jherna A. Shahani, Esq., Liebler, Gonzalez & Portuondo, P.A., Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, FL 33130

/s/ Thomas A. Lash
ATTORNEY